File Hashes for IP Address 50.77.169.29

**ISP:** Comcast Business Communications
**Physical Location:** Bensenville, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/12/2013 18:13:43 | 6A1DB25536E9A526C17463EF5B8949D77A3F9EE5 | Connie True Love |
| 02/12/2013 18:13:01 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 02/12/2013 18:05:19 | 746FF68D28D13D5CAC9AE090D553C627F5272DF3 | Romantic Memories |
| 02/06/2013 20:41:05 | BC6CA05E270EBBF3D40C1ADA701813AF16A9559E | Deep Longing |
| 05/02/2012 21:00:04 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand |
| 03/25/2012 19:18:39 | 94025E8A514DC244960DA11C2BA4DB319D5ECE6A | California Dreams |
| 01/16/2012 00:30:29 | 813E0D7AF30BD63B94D09309DC613177D75C480D | Anneli Leila Menage A Trois |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

NIL62